IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case Number:  7:19-CR-55-004 |
| SEDRICK WHITE, | * | |
| Defendant. | * | |

ORDER

Pursuant to an Appearance Bond dated December 4, 2019, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Victoria Allen

This  6  day of December, 2021.

s/Hugh Lawson
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT