# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Sedrick White | **Repayment Agreement and Order** | No: 7:19-CR-00055-004 |

On September 16, 2021, Sedrick White was sentenced to 36 months imprisonment followed by a 60 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. White. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:

1. As a result of the judgment entered against me on September 16, 2021, I have been ordered to pay a total restitution of $441,026.91 and a special assessment of $100.00.

2. On November 20, 2024, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on November 9, 2022. The current balance of my restitution is $422,996.81.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of October 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____
Sedrick White

Date: 10-1-25

_____
Gerald M. Bazell, U.S. Probation Officer

Date: 10-1-25

_____
Assistant U.S. Attorney

Date: 11/06/2025

---

THE COURT ORDERS:

☒ Approval    ☐ Disapproval

_____
Leslie Abrams Gardner
Chief U.S. District Judge

Date: 11/6/2025